UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TOMMIE D. SCHEXNAYDER | § | |
| | § | CIVIL ACTION NO. **1:24-cv-00284-MAC** |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| LA BODEGA CUBAN MARKET LLC | § | |
| | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: September 9, 2024

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 - Fax

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098
PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Eastern District of Texas ECF system on September 9, 2024.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe