| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TOMMIE D. SCHEXNAYDER,           §
                                 §
       Plaintiff,                §
                                 §
*versus*                         §          CIVIL ACTION NO. 1:24-CV-284
                                 §
LA BODEGA CUBAN MARKET LLC,      §
                                 §
       Defendant.               §

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#11) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the court acknowledges that this action is dismissed in its entirety, with prejudice effective the date of the parties' stipulated dismissal.  All other pending motions are denied as moot.  Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 17th day of October, 2024.

                                                   MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE